In the Matter of the Claim of MICHAEL VACCA, Respondent, against GENESEE AND WYOMING RAILROAD COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — railroads — track laborer, while repairing track scales, not engaged in interstate commerce.*

*Vacca* v. *Genesee & Wyoming R. R. Co.*, 200 App. Div. 849, affirmed. (Argued April 17, 1922; decided May 2, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 11, 1922, unanimously affirming an award of the state industrial board made under the Workmen's Compensation Law. Claimant was employed by defendant railroad as a track laborer. He was injured while repairing a track scales by being struck by a piece of a rusted bolt which he was driving out of a connection. About sixty per cent of the railroad's business was interstate transportation and the scales were used to weigh merchandise delivered for transportation. Defendants contended that claimant, at the time of his injury, was engaged in interstate commerce. The industrial board held that he was not.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for appellants.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.